# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

AARON DALE FULMORE,

    Plaintiff,

v.                                                                             Case No. 8:12-cv-1705-T-30EAJ

ANDRE LEIGH,

    Defendant.
_____/

## **ORDER**

Before the Court is Plaintiff's letter to the Clerk dated September 9, 2013 (Dkt. 28) in which it appears that he moves the Court to provide him with a free copy of a September 9, 2011 investigative report prepared by the Florida Department of Corrections Inspector General's Office regarding Plaintiff's allegations against Defendant.[1] Discovery requests are required to be made pursuant to the Federal Rules of Civil Procedure. *See generally* Rules 26 through 37 and Rule 45 of the Federal Rules of Civil Procedure. Plaintiff may not request discovery from the Court, but may do so through subpoena. *See, e.g.*, Fed. R. Civ. P. 45(a)(3) ("The Clerk must issue a subpoena, signed but otherwise in blank, to a party who requests it. That party must complete it before service.").

Further, Plaintiff is reminded that he should not correspond with the Court in letter form. Plaintiff should file a pleading or motion with a title, which must be a brief summary of the contents of the pleading or motion.

---

[1] The Court is not in possession of that document.

ACCORDINGLY, the Court **ORDERS** that Plaintiff's construed motion to produce documents (Dkt. 28) is **DENIED** without prejudice to Plaintiff's right to seek any appropriate discovery in accordance with the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** in Tampa, Florida on September 20, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Plaintiff *pro se*
        Counsel of Record